JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JON DAVIDSON,<br><br>               Plaintiff,<br><br>v.<br><br>CITY OF ALHAMBRA; GERARDO DIAZ; BRANDIE DIAZ; MICHAEL HENNES; DOUGLAS LEE; and DOES 1 through 10, inclusive,<br><br>               Defendants. | Case No.  2:20-cv-05180-DDP-KS<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE**<br><br>*[Stipulation to Dismiss Action with Prejudice filed concurrently herewith]* |

Pursuant to the Stipulation To Dismiss This Action With Prejudice filed by Plaintiff Jon Davidson and Defendants City of Alhambra, Gerardo Diaz, Brandie Diaz, Michael Hennes, and Douglas Lee, and pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), IT IS HEREBY ORDERED that the entire action, including all claims against City of Alhambra, Gerardo Diaz, Brandie Diaz, Michael Hennes, and Douglas Lee, and all claims against any unserved Defendants,

///
///
///
///

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4811-9360-5585 v1

- 1 -

2:20-CV-05180-DDP-KS
ORDER

1  is hereby dismissed with prejudice.  Each party is to bear their own attorneys' fees

2  and costs.

3

4  Dated:  March 3,          , 2021          _____

5                                           Honorable Dean D. Pregerson
                                            United States District Court Judge
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4811-9360-5585 v1                          - 2 -                      2:20-CV-05180-DDP-KS
                                                                         [PROPOSED] ORDER